# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATRICE WILBORN,** <br><br> Plaintiffs, <br><br> v. <br><br> **CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, ET AL.,** <br><br> Defendants. | Case No.: CV 17-1487 DMG (SSx) <br><br> **JUDGMENT** |

On December 8, 2017, this Court having granted Defendants' motion for summary judgment,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc., and against Plaintiff Katrice Wilborn.

**IT IS SO ORDERED.**

DATED: December 11, 2017

　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE